IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                         Criminal No. 5:11CR50120-001

BYRON LARA,
    Defendant.

### FINAL ORDER OF FORFEITURE

On September 5, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 22). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States subject to any potential third party interests:

(a) A Dell Inspirion Desktop Computer, Serial number 3NMHWH1, and

(b) A Seagate Hard Drive, Serial Number 9SZ14TEB.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6). On January 4, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on September 5, 2012, shall become final at this time. The personal property described herein is hereby forfeited to the United States to be disposed of according to law.

IT IS SO ORDERED this 29th day of March, 2013.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 9 2013

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HONORABLE JIMM LARRY HENDREN
SENIOR UNITED STATES DISTRICT JUDGE