IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                               No. 5:11-CR-50120-001

BYRON LARA                                                            DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 33) filed in this case on June 4, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's §2255 motion (Doc. 28) is **DENIED** and **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 12th day of August, 2014

Timothy L. Brooks
**United States District Judge**